IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**CHIRSTOPHER GILMORE,**

    **Plaintiff,**

    **v.**　　　　　　　　　　　　　　　　　Case No. 23-3113-JAR-TJJ

**VITAL CORE, LLC, et al.,**

    **Defendants.**

## ORDER TO SHOW CAUSE

Plaintiff brings this pro se civil rights action pursuant to 42 U.S.C. § 1983. After the Court dismissed this matter, Plaintiff appealed. The Tenth Circuit affirmed dismissal of the majority of Plaintiff's claims but remanded the Eighth Amendment claim for excessive force. On remand, the Court ordered a responsive pleading and service of the Complaint on Defendant Neph.[1]

The Court's Order directing service and a responsive pleading was mailed to Plaintiff at his current address of record, and was returned as undeliverable.[2] The Court's Local Rules provide that "[e]ach attorney or pro se party must notify the clerk of any change of address or telephone number."[3] The Federal Rules of Civil Procedure provide that a paper is served by "mailing it to the person's last known address—in which event service is complete upon mailing."[4] Plaintiff has failed to provide the Court with a Notice of Change of Address.

---

[1] Doc. 36.

[2] Doc. 38.

[3] D. Kan. R. 5.1(b)(3).

[4] Fed. R. Civ. P. 5(b)(2)(C).

Therefore, the Court directs Plaintiff to show good cause why this case should not be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute.

**IT IS THEREFORE ORDERED BY THE COURT** that by July 12, 2024, Plaintiff shall show cause in writing to the undersigned why this case should not be dismissed, without prejudice, for lack of prosecution under Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

Dated: June 20, 2024

                                                S/ Julie A. Robinson
                                                JULIE A. ROBINSON
                                                UNITED STATES DISTRICT JUDGE